Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL NAPOLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INTERSTATE LLC, and DOES 1-10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:17-cv-07815-ODW-PJW<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** February 19, 2018               **Law Offices of Todd M. Friedman, P.C.**

                                                    By: s/ Todd M. Friedman
                                                         Todd M. Friedman

Notice of Settlement - 1

Filed electronically on this 19th Day of February, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Otis D. Wright, II
United States District Court
CENTRAL District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 19th Day of February, 2018

                        By: s/ Todd M. Friedman Esq.
                              TODD M. FRIEDMAN